LYNCH CONGER MCLANE, LLP
JASON CONGER* OSB No. 054210
MICHAEL R. McLANE OSB No. 904435
BEN BECKER OSB No. 103358
1567 S.W. Chandler Ave., Ste. 204
Bend, OR  97702
Telephone: (541) 383-5857
Facsimile:  (541) 383-3968
jconger@lynchconger.com
mmclane@lynchconger.com
bbecker@lynchconger.com

*Application for admission to be submitted

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK**
STEPHEN M. DUVERNAY**
400 Capitol Mall, Ste. 2530
Sacramento, CA  95814
Telephone: (916) 447-4900
brad@benbrooklawgroup.com
steve@benbrooklawgroup.com

**Pro hac vice *applications to be submitted*

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| ADDISON BARNES, | Case No.:  3:18-cv-00877-AC |
| Plaintiff, | |
| v. | **NOTICE OF MOTION AND MOTION FOR TEMPORARY RESTRAINING ORDER** |
| LIBERTY HIGH SCHOOL; HILLSBORO SCHOOL DISTRICT; and GREG TIMMONS, in his official capacity as Principal, Liberty High School, | Hearing Date: TBD Judge:  Hon. John V. Acosta |
| Defendants. | (Oral Argument Requested) |

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Addison Barnes will and hereby does move the Court for a temporary restraining order.

Plaintiffs respectfully request a temporary restraining order enjoining Defendants from enforcing the Hillsboro School District dress and grooming guidelines in a manner inconsistent with the First Amendment to the United States Constitution.

This motion shall be based on this notice of motion and motion, the memorandum of points and authorities in support, the declarations and evidence filed concurrently herewith, and upon any further matters the Court deems appropriate

Dated:  May 24, 2018                          LYNCH CONGER MCLANE, LLP

By  /s Ben Becker
      JASON CONGER
      MICHAEL R. MCLANE
      BEN BECKER


BENBROOK LAW GROUP, PC

By  /s Bradley A. Benbrook
      BRADLEY A. BENBROOK
      STEPHEN M. DUVERNAY

      Attorneys for Plaintiff