**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ADDISON BARNES**,<br><br>Plaintiff,<br><br>v.<br><br>**LIBERTY HIGH SCHOOL**; **HILLSBORO SCHOOL DISTRICT**; and **GREG TIMMONS**, in his official capacity as Principal, Liberty High School,<br><br>Defendants. | Case No. 3:18-cv-00877-AC<br><br>DECLARATION OF GREG TIMMONS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

I, Greg Timmons, declare:

1.      I have been employed by the Hillsboro School District as the principal of Liberty High School since July 1, 2014, and I make this declaration on personal knowledge and in support of the district's opposition to the plaintiff's motion for the entry of a temporary restraining order in this case.

2.      On January 22, 2018, I met with plaintiff Addison Barnes, his father Lew Barnes, Linda Sloan (a friend of the Barnes family), and vice principal Ryan-Fear to discuss the father's

PAGE 1 -      DECLARATION OF GREG TIMMONS

concerns over the events of January 19 involving the t-shirt worn by his son.  Among other issues, the father expressed his concern that the administration had deemed his son's departure from school an official "suspension."  He stated that neither he nor his son had been advised of that fact.

3.      After considering Mr. Barnes' concern over the suspension, Dr. Ryan-Fear and I agreed that the suspension should be expunged from Addison's official student record.  I notified Mr. Barnes of the expungement on February 9, 2018.

4.      Several days later, after thanking me for the expungement, Mr. Barnes asked for clarification as to whether Addison could wear the subject t-shirt to school.  On February 13, 2018, I sent an email to Mr. Barnes informing him that Addison may not wear the t-shirt to school.

DATED: May 28, 2018.


_____
**GREG TIMMONS**

MERSEREAU SHANNON LLP
111 SW COLUMBIA STREET, SUITE 1100
PORTLAND, OREGON 97201-5865
(503) 226-6400