**PETER R. MERSEREAU,** OSB No. 732028
pmersereau@mershanlaw.com
**BETH F. PLASS,** OSB No. 122031
bplass@mershanlaw.com
MERSEREAU SHANNON LLP
111 SW Columbia Street, Suite 1100
Portland, Oregon 97201-5865
Telephone: 503.226.6400
Facsimile: 503.226.0383

      Of Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ADDISON BARNES**, <br><br>       Plaintiff, <br><br> v. <br><br> **LIBERTY HIGH SCHOOL**; **HILLSBORO SCHOOL DISTRICT**; and **GREG TIMMONS**, in his official capacity as Principal, Liberty High School, <br><br>       Defendants. | Case No. 3:18-cv-00877-AC <br><br> DECLARATION OF AMANDA RYAN-FEAR IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER |

I, Amanda Ryan-Fear, declare:

1. I have been employed by the defendant Hillsboro School District as a Vice Principal at Liberty High School since August 2014, and I make this declaration on personal knowledge and in support of the district's opposition to plaintiff's motion for the entry of a temporary restraining order in this case.

2. On January 19, 2018, I received a report from our Dean of Students, Roger Fink, that senior student Addison Barnes was wearing a t-shirt with the following language imprinted

PAGE 1 -  DECLARATION OF AMANDA RYAN-FEAR

on it: "Donald J. Trump's Border Wall Construction Co. 'The Wall Just Got Ten Feet Taller.'" Fink relayed to me that students had reported to a teacher that they felt intimidated and threatened with Mr. Barnes' wearing the t-shirt. It was further reported to me that at the moment Mr. Barnes walked into the classroom, several students put their heads down on their desks.

3.      In response to the teacher's report, I went to the classroom and asked Mr. Barnes to discuss the matter with me in the hallway. In that discussion, I explained to Mr. Barnes that the wording on his t-shirt was negatively impacting other students' ability to learn in the class, that I had concerns regarding the t-shirt's impact on the climate and culture of our school, and I asked him to cover it up with his jacket. He agreed to do so.

4.      After speaking to Mr. Barnes, I asked another student from the People and Politics class to speak with me on an unrelated matter in the hallway. Shortly thereafter, I returned to the classroom and observed that Mr. Barnes was once again wearing the t-shirt in full view of the class. The classroom teacher reported that Mr. Barnes had stated to his friends something to the effect of "she can't tell me what to do."

5.      I returned to my office, and then I asked a campus security monitor to escort Mr. Barnes to my office. This is my typical protocol when I want to meet with a student in my office. When Mr. Barnes arrived in my office, he told me that he took his jacket off because he was too hot with his jacket on. I later explained to Mr. Barnes (and to his father who had come to the high school) that he could either cover the t-shirt, wear a different shirt or go home, and reiterated that I wanted him in school but had concerns about the shirt. He chose to go home.

6.      Initially, Principal Timmons and I deemed this to be a one day suspension from school. Several days later, after conferring with Mr. Barnes' father, Mr. Timmons and I agreed

PAGE 2 -      DECLARATION OF AMANDA RYAN-FEAR

to expunge the suspension from Mr. Barnes' official school record since he had chosen to go home on his own.

7.    I refused to allow Mr. Barnes to wear the subject t-shirt because I believed it had made and would continue to make students feel insecure and unsafe in school; and further, that the wearing of the t-shirt had the potential to substantially disrupt and materially interfere with school activities.  I was also concerned for Mr. Barnes' safety if he continued to wear the shirt.  I based that belief on the following information:

a.    Approximately 33% of the students at Liberty High School are of Hispanic ethnicity.

b.    During 2016/2017, Hispanic students reported to the administration that some family members had been deported, and that the fear and anxiety caused by the specter of deportation was negatively impacting their attendance and attention in school.

c.    In May 2016, Liberty High School students participated in a walkout and sit-in at the high school in support of the state wide walkouts caused by the "Build a Wall" sign displayed by students at Forest Grove High School.

d.    In February 2017, approximately 200 Liberty High School students participated in a sit-in protesting the federal stance on immigration and their fears and concerns about the impact that it will have on themselves, their family members, and their friends.

e.    During 2016/2017 and 2017/2018, I observed and am aware of racial tension, fighting, and disruptive incidents amongst students arising out of racially

PAGE 3 -    DECLARATION OF AMANDA RYAN-FEAR

MERSEREAU SHANNON LLP
111 SW COLUMBIA STREET, SUITE 1100
PORTLAND, OREGON 97201-5865
(503) 226-6400

charged language around immigration.

8.      For the above reasons, I determined that Mr. Barnes' t-shirt violated the district's dress code in that it materially interfered with other students' right to learn.

9.      I recognize that the actual words on the t-shirt do not contain overt racist slurs. Regardless, much like the phrase "Build the Wall," students understand full well that the message is directed at excluding Hispanic and Latino immigrants.

10.     In early April 2018, Mr. Barnes wore the same t-shirt in connection with a class project in a studio productions class at Liberty High School. Consistent with the administration's earlier directive regarding this t-shirt, Mr. Barnes was not allowed to wear the t-shirt during that project.

11.     Liberty High School offers numerous curricular opportunities for students to express their views on political and social issues, including in particular the People and Politics class mentioned above.

DATED: May 28, 2018.

AMANDA RYAN-FEAR

PAGE 4 -      DECLARATION OF AMANDA RYAN-FEAR

MERSEREAU SHANNON LLP
111 SW COLUMBIA STREET, SUITE 1100
PORTLAND, OREGON 97201-5865
(503) 226-6400