IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**ADDISON BARNES,**

    Plaintiff,

v.

**LIBERTY HIGH SCHOOL,
HILLSBORO SCHOOL DISTRICT**, and
**GREG TIMMONS**, in his official capacity
as Principal, Liberty High School,

    Defendants.

No. 3:18-cv-00877-AC

TEMPORARY RESTRAINING ORDER

**MOSMAN, J.,**

This matter came before the Court on Plaintiff Addison Barnes's Motion for Temporary Restraining Order [8]. At oral argument on May 29, 2018, Bradley A. Benbrook, Stephen M. Duvernay, and Ben Becker appeared on behalf of Plaintiff. Peter R. Mersereau and Beth F. Plass appeared on behalf of Defendants. This Court, having read and considered the papers submitted by the parties, and argument by counsel, finds as follows:

For reasons stated on the record, Plaintiff's Motion for a Temporary Restraining Order is GRANTED. The Court orders that Defendants are restrained from preventing Plaintiff Addison

Barnes from wearing the t-shirt at issue in this case for the remainder of the 2017–2018 Liberty High school year.

    IT IS SO ORDERED.

    DATED this 30th day of May, 2018

MICHAEL W. MOSMAN
Chief United States District Judge