LYNCH CONGER MCLANE, LLP
JASON CONGER OSB No. 054210
MICHAEL R. McLANE OSB No. 904435
BEN BECKER OSB No. 103358
1567 S.W. Chandler Ave., Ste. 204
Bend, OR  97702
Telephone: (541) 383-5857
Facsimile:  (541) 383-3968
bbecker@lynchconger.com

BENBROOK LAW GROUP, PC
BRADLEY A. BENBROOK*
STEPHEN M. DUVERNAY*
400 Capitol Mall, Ste. 2530
Sacramento, CA  95814
Telephone: (916) 447-4900
brad@benbrooklawgroup.com

*Pro hac vice

Attorneys for Plaintiff

MERSEREAU SHANNON LLP
PETER R. MERSEREAU OSB No. 732028
BETH F. PLASS OSB No. 122031
111 SW Columbia Street, Suite 1100
Portland, OR  97201
Telephone: (503) 226-6400
Facsimile: (503) 226-0383
pmersereau@mershanlaw.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| ADDISON BARNES, | Case No.:  3:18-cv-00877-AC |
| Plaintiff, | |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL** |
| LIBERTY HIGH SCHOOL; HILLSBORO SCHOOL DISTRICT; and GREG TIMMONS, in his official capacity as Principal, Liberty High School, | Hon. Michael W. Mosman |
| Defendants. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties.  The parties have reached a separate agreement regarding payment of attorney's fees and costs.

Dated:  July 6, 2018                    LYNCH CONGER MCLANE, LLP

                                        By  /s Ben Becker
                                            JASON CONGER
                                            MICHAEL R. MCLANE
                                            BEN BECKER


                                        BENBROOK LAW GROUP, PC

                                        By  /s Bradley A. Benbrook
                                            BRADLEY A. BENBROOK
                                            STEPHEN M. DUVERNAY

                                            Attorneys for Plaintiff

Dated:  July 6, 2018                    MERSEREAU SHANNON LLP

                                        By  /s Peter R. Mersereau
                                            PETER R. MERSEREAU
                                            BETH F. PLASS

                                            Attorneys for Defendants

## [PROPOSED] ORDER

Pursuant to the parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to all claims, causes of action, and parties.  The Clerk is directed to close the file.

IT IS SO ORDERED.


Dated:  _____                    _____

UNITED STATES DISTRICT JUDGE